IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GLENN GOSS AND MOLLY GOSS                                              PLAINTIFFS

V.                                                  CIVIL ACTION NO. 4:19-CV-085-DMB-JMV

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                                        DEFENDANT

**ORDER AMENDING CASE MANAGEMENT ORDER**

THIS ACTION having come before the Court upon *ore tenus* Unopposed Motion for Extension of Motion Deadline, and the Court having been advised in the premises, finds that the motion is well taken and should be granted.

THEREFORE, the case management order shall be amended as follows:

All dispositive and *Daubert* motions shall be filed before September 8, 2020.

SO ORDERED this the 13th day of august, 2020.

   /s/ Jane M. Virden_____
UNITED STATES MAGISTRATE JUDGE