IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GLENN GOSS and MOLLY GOSS**                                    **PLAINTIFFS**

**V.**                                                 **NO. 4:19-CV-85-DMB-JMV**

**ALLSTATE VEHICLE & PROPERTY**
**INSURANCE COMPANY**                                         **DEFENDANT**

## ORDER

On January 15, 2021, the Court was advised that a settlement was reached in this case. Accordingly, the pending motion for summary judgment [47] is **DENIED as moot**. This case is administratively **CLOSED**.[1]

**SO ORDERED**, this 19th day of January, 2021.

                                             **/s/Debra M. Brown**
                                             **UNITED STATES DISTRICT JUDGE**

---

[1] This case may be dismissed with prejudice by the filing of a stipulation in accordance with Federal Rule of Civil Procedure 41.